ED LINDLEY v. STATE.

No. A-727. Opinion Filed September 23, 1911.

Appeal from Okfuskee County Court; T. T. Doyle, Judge.

Ed Lindley was convicted of violating the prohibitory law, and appeals. Affirmed.

W. A. Huser, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted of violating the prohibitory law in the county court of Okfuskee county on the 18th day of January, 1910, and was thereafter, during the same month, sentenced by the court to pay a fine of one hundred dollars and be imprisoned in the county jail one hundred twenty days. The appeal was filed in this court on the 20th day of April, 1910. No brief has been filed on behalf of plaintiff in error and no appearance made for oral argument. The judgment of the lower court is affirmed for want of prosecution under rule 4.

---

ROY GOODPASTER v. STATE.

No. A-729. Opinion Filed September 23, 1911.

Appeal from Craig County Court; Theo. D. B. Frear, Judge.

Roy Goodpaster was convicted of violating the prohibitory law, and appeals. Affirmed.

James S. Davenport, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted in the county court of Craig county on a charge of unlawfully selling intoxicating liquor, and on the 21st day of February, 1910, was sentenced to pay a fine of fifty dollars and be imprisoned in the county jail for thirty days. The appeal was filed in this court on the 21st day of April, 1910. No brief has been filed by the plaintiff in error, and no appearance made for oral argument. The judgment of the trial court is affirmed for want of prosecution under rule 4.